**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL NO. 01-CV-1142 (MJD/JGL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EVELYN C. CLEVELAND; MARTHA A. VENEMA; ALAN B. CLEVELAND; THOMAS T. CLEVELAND; RENA R. CLEVELAND; and TCF BANK MINNESOTA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

ORIGINAL

## ORDER

This cause is before the Court upon the motion of the United States of America, for judgment by default against the defendant TCF National Bank a/k/a TCF Bank Minnesota under Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Upon due consideration of the United States' motion and the record in this case,

IT IS HEREBY ORDERED that under Federal Rule of Civil Procedure 55(b), judgment by default is entered in favor of the United States and against defendant TCF National Bank a/k/a TCF Bank Minnesota for its failure to plead or otherwise defend.

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

IT IS FURTHER ORDERED that TCF National Bank a/k/a TCF Bank Minnesota may not claim any interest in the property at issue in this action upon which the United States seeks to foreclose its tax liens.

Entered this 16th day of Nov., 2001.

UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.