# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

Case No. Civil 01-1142 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

EVELYN C. CLEVELAND; MARTHA A. VENEMA; ALAN B. CLEVELAND; THOMAS T. CLEVELAND; RENA R. CLEVELAND; AND TCF BANK MINNESOTA

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

**judgment by default is entered in favor of the United States and against defendant TCF National Bank a/k/a TCF Bank Minnesota for its failure to plead or otherwise defend. IT IS FURTHER ORDERED that TCF National Bank a/k/a TCF Bank Minnesota may not claim any interest in the property at issue in this action upon which the United States seeks to foreclose its tax liens.**

DATE: November 16, 2001

RICHARD D. SLETTEN, CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

11