UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1142 (MJD/JGL)

UNITED STATES OF AMERICA,

Plaintiff,

v. **PRETRIAL ORDER**

EVELYN C. CLEVELAND et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

2. The period during which the parties may seek discovery shall be completed by December 1, 2002;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 1,2002;

4. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to February 1, 2003; and

5. This case will be considered "ready for trial" as of February 1, 2003.

DATED: March 22, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

MAR 22 2002
Filed__________
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________