ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVELYN C. CLEVELAND, MARTHA A. VENEMA, ALAN B. CLEVELAND THOMAS T. CLEVELAND, and RENA R. CLEVELAND<br><br>Defendants. | ) | Civil No. 01-1142 (JEL/JGL) |

**ORDER ALLOWING AMENDMENT OF COMPLAINT**

Before the Court is the Stipulation to Amend Complaint (the "Stipulation"). Attached to the Stipulation is the proposed Amended Complaint.

On consideration of the record, and there appearing good cause shown, it is hereby

**ORDERED** that the Stipulation is approved;

**IT IS FURTHER ORDERED** that the Clerk shall file the Amended Complaint immediately; and it is

**FURTHER ORDERED** that the defendants shall have twenty (20) days from the date of entry of this Order to respond to the Amended Complaint.

**SO ORDERED** this 25 day of July, 2002.

JONATHAN G. LEBEDOFF
UNITED STATES MAGISTRATE JUDGE

FILED JUL 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

KATJA M. EICHINGER
Tax Division, U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0170
Fax: (202) 514-6770
D.C. Bar No. 464925