UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

EVELYN C. CLEVELAND et al.,

Defendants.

Case No. 01-CV-1142 JEL/JGL

**AMENDED PRETRIAL ORDER**

---

Pursuant to Rule 16, Fed. R. Civ. P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

2. The period during which the parties may seek discovery shall be completed by February 1, 2003;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2003;

4. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to April 1, 2003; and

5. This case will be considered "ready for trial" as of April 1, 2003.

DATED: Nov 13, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

NOV 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EVELYN C. CLEVELAND et al.,

Defendants.

Case No. 01-CV-1142 JEL/JGL

**STIPULATION**

It is hereby stipulated that the court may enter the attached Amended Pretrial Order.

Dated: 11/8/02

**BERNICK AND LIFSON, P.A.**

By: ______________________

Neal J. Shapiro # 99715
5500 Wayzata Boulevard
1200 The Colonnade
Minneapolis, Minnesota 55416-1270
(763) 546-1200
*Attorney for Defendants*

Dated: 11-7-02

______________________

Katja M. Eichinger, DC Bar # 464925
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, DC 20044
*Attorney for Plaintiff*