UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

EVELYN C. CLEVELAND et al.,

Defendants.

Case No. 01-CV-1142 JEL/JGL

**ORDER**

---

**IT IS HEREBY ORDERED** that the plaintiffs have until February 24, 2003 to make the payment to the United States agreed to in the settlement reached on December 11, 2002.

DATED: Feb. 6, 2003

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED FEB 06 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK